455 A.2d 193

Commonwealth v. Craft, Appellant.

[black redaction bar] Argued November 8, 1982. Carmela R.M. Presogna, Assistant Public Defender, submitted a brief on behalf of appellant; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.